# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07–CR-00077-PMP-RJJ |
| Plaintiff, | **ORDER** |
| vs. | |
| JOEY DESHAUN CLARK, | |
| Defendant. | |

Before the Court for consideration is Defendant Joey Deshaun Clark's Motion to Suppress Evidence for Fourth and Fifth Amendment Violation (Doc. #18) filed June 8, 2007. On December 21, 2007, United States Magistrate Judge Robert J. Johnston entered a Report and Recommendation (Doc. #51) recommending Defendant's motion to suppress be denied.

On January 4, 2008, Defendant Clark filed objections to the report and recommendation of the Magistrate Judge (Doc. #53). On June 22, 2007, the Government filed its Response in Opposition to Defendant's motion to suppress (Doc. #22).

In accord with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rules of Practice, LR IB 3-2, the Court has conducted a de novo review of the record before Magistrate Judge Johnston. Based upon that review the Court finds that Defendant's Motion to Suppress (Doc. #18) should be denied, and the Report and Recommendation of Magistrate Judge Johnston (Doc. #51) should be affirmed.

1    IT IS THEREFORE ORDERED that Defendant Clark's Objections to Report and Recommendations of the United States Magistrate Judge (Doc. #53) are OVERRULED.

   IT IS FURTHER ORDERED that Magistrate Judge Johnston's Report and Recommendation (Doc. #51) are AFFIRMED.

   IT IS FURTHER ORDERED that Defendant Joey Deshaun Clark's Motion to Suppress Evidence for Fourth and Fifth Amendment Violation (Doc. #18) is DENIED.

DATED: January 10, 2008.

_____
PHILIP M. PRO
United States District Judge