UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:07-CR-00077-PMP-RJJ |
| | ) | 2:03-CR-00214-PMP-LRL |
| vs. | ) | **ORDER** |
| JOEY DESHAUN CLARK, | ) | |
| Defendant. | ) | |

The Court has received the attached letter from Defendant Joey D. Clark relating to the calculation of his release date with respect to sentences imposed in the above-referenced cases. As this Court has no jurisdiction to consider the issues raised in Mr. Clark's letter, the Court must deny any relief without prejudice to Defendant Clark to pursue the matter via his pending petition under 28 U.S.C. §2241 currently before the United States District Court for the District of Arizona at Tucson.

**IT IS SO ORDERED**.

DATED: December 22, 2011.

PHILIP M. PRO  
United States District Judge

December 9th, 2011

Re:United States of America vs. Joey D.Clark

    Case:2:07-CR-00077-PMP-RJJ

    Case:2:03-CR-00214-PMP-LRL



RECEIVED CHAMBERS OF
DEC 15 2011
PHILIP M. PRO
U.S DISTRICT JUDGE

Dear Honorable Judge Pro,

I am writing you with hopes that the District Court will intervene and bring closure to my situation? As you are aware I have been writing the court periodically since 2009. The "BOP" continues to execute my sentences as consecutive when Your honor sentenced me to concurrent sentences and the signed plea agreement was for concurrent sentences. Even after the "BOP" I.S.M. "B. Serrato" contacted your courts chamber and spoke with the courts clerk (Darlene) they are still reluctant to change my sentence and award me the proper prior jail credit. I have no options at this point, I have filed a "2241" in the U.S. District court of Tucson. Even so, this is a process that will not be expedited and it will cause me and my family a great amount of harm. There is no ordered time frame so a decision could take years, a review of your honors record will show that my statutory release should be in the 3rd or 4th month of 2012. In essence I will end up doing more time then I am actually sentenced to. My mother has tried to come to your honors court room and she wasn't granted access. Both of my parents no longer have the luxury of their youth and great health, I am begging the court for help? If I was to lose one of my parents or both of my parents because I am in a

prison when I shouldn't be would prove to be a very traumatic situation for me mentally. My children continue to have no father present and I know that has a psychological effect on them as well. I have paid for my crimes and I only ask the court to restore my freedom and afford me the opportunity to regain the trust of my community and my loved ones. Thank you for any consideration.

Joey D. Clark

Reg # 38087-048

United States Penitentiary (Tucson)

P.O.Box 24550

Tucson, Arizona 85734

Inmate Name: Joey D. Clark
Register Number: 38087-048
United States Penitentiary Tucson
Post Office Box 24550
Tucson, Arizona 85734

Legal Mail

FEDERAL CORRECTIONAL COMPLEX
5300 S. WILMOT ROAD
TUCSON, ARIZONA 85756
Date: _____

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address.

⇔ 38087-048 ⇔
Philip M Pro
District OF Nevada
333 LAS Vegas BLVD S
U.S. District Court
LAS Vegas, NV 89101-7079
United States

Legal Mail