UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | |
| vs. ) | 2:07-CR-77-PMP-RJJ |
| ) | |
| JOEY DESHAUN CLARK, ) | |
| ) | |
| Defendant. ) | |

The Court having read and considered Defendant Clark's fully briefed Motion to Amend Judgment in a Criminal Case [132], and good cause appearing,

**IT IS ORDERED** that Defendant's Motion to Amend Judgment in a Criminal Case [132] is **DENIED.**

DATED: February 7, 2012.

_____
PHILIP M. PRO, UNITED STATES DISTRICT JUDGE